# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Michele Peters,

DEBTOR.

_____/

CHAPTER 13
CASE NO. 19-56056-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to Local Bankruptcy Rule 3015-3 as follows:

1. Debtor's Schedule A/B indicates that Debtor owns no jewelry. Debtor testified at the First Meeting of Creditors that Debtor owns multiple items of jewelry. Debtor's non-disclosure of all of Debtor's assets and Debtor's omission of assets from the Liquidation Analysis results in the Plan lacking compliance with 11 USC Section 1325.

2. Debtor's Schedule A/B indicated that Debtor was garnished in the amount of $1,217.71 preceding commencement of this case. Debtor testified at the First Meeting of Creditors that Debtor has recovered all of the garnished proceeds. The Plan does not require Debtor to remit those garnished proceeds to the Plan as additional payments under the Plan as required by 11 USC Section 1325(b).

3. . Based upon an average of Debtor's pay stubs dated October 25, 2019 and November 8, 2019, Debtor has average monthly gross income of $5,822.91and average monthly net income of $4,777.88.Debtor's Schedule I understates Debtor's monthly net income by approximately $643.91. The Plan does not comply with 11 USC Section 1325(b)(1)(B) and 11 USC Section 1325(a)(3).

4. Debtor testified at the First Meeting of Creditors that although Debtor's paystubs reflect an ongoing voluntary retirement contribution, Debtor has terminated those deductions. Debtor has not provided to the Trustee a paystub or other documentation to confirm that Debtor's voluntary contributions have terminated. Accordingly, the Plan does not comply with 11 USC Section 1325(b).

5. The Plan does not increase its funding upon final repayment of Debtor's 401(k) loan. *See* 11 USC Section 1325(b)(1)(B) and 11 USC Section 1325(a)(3).

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of Debtor's Chapter 13 Plan unless modified to meet these objections.

                                        OFFICE OF DAVID WM. RUSKIN,
                                        STANDING CHAPTER 13 TRUSTEE

Dated: March 20, 2020        By: /s/ Thomas D. DeCarlo
                                        DAVID Wm. RUSKIN (P26803)
                                        LISA K. MULLEN (P55478)
                                        THOMAS D. DECARLO (P65330)
                                        Attorneys for Chapter 13 Trustee,
                                            David Wm. Ruskin
                                        1100 Travelers Tower
                                        26555 Evergreen Road
                                        Southfield, MI 48076-4251
                                        Telephone (248) 352-7755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN RE:**

|  |  |
|---|---|
| Michele Peters, | CHAPTER 13 |
|  | CASE NO. 19-56056-PJS |
| DEBTOR. | JUDGE PHILLIP J. SHEFFERLY |

_____/

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on March 20, 2020, I electronically filed the Trustee's Objections to Confirmation of Chapter 13 Plan with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

> MAXWELL DUNN PLC
> 24725 W 12 MILE ROAD Ste 306
> SOUTHFIELD, MI  48034-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

> Michele Peters
> 18439 Shaftsbury
> Detroit, MI 48219-0000

_____/s/ Vanessa Wild____
Vanessa Wild
For the Office of David Wm. Ruskin
Chapter 13 Standing Trustee - Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755